**No. 09-10789. Eugene Troy Ellis, Petitioner v. United States; Karl W. Landry, Petitioner v. United States; Vasshon Haywood, Petitioner v. United States; Willie Powell, Jr., Petitioner v. United States; David Robichaux, Petitioner v. United States; Craig Jones, Petitioner v. United States; Emile Russell, Petitioner v. United States; David Cao, aka Davis Cao, Petitioner v. United States; Kenneth Hills, Petitioner v. United States; Derrick Davis, Petitioner v. United States; Warren Stevenson, Petitioner v. United States; Timothy Tapp, Petitioner v. United States; Russell Washington, Petitioner v. United States; Harry Handy, Petitioner v. United States; Ernest Allen, Petitioner v. United**

States; Eugene L. Hutchinson, Petitioner v. United States; and Floyd Douglas, Petitioner v. United States.

560 U.S. 977, 130 S. Ct. 3441, 177 L. Ed. 2d 346, 2010 U.S. LEXIS 4832.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 572 (first judgment); 366 Fed. Appx. 501 (second judgment); 365 Fed. Appx. 561 (third judgment); 365 Fed. Appx. 597 (fourth judgment); 374 Fed. Appx. 478 (fifth judgment); 370 Fed. Appx. 489 (sixth judgment); 369 Fed. Appx. 609 (seventh judgment); 371 Fed. Appx. 477 (eighth judgment); 371 Fed. Appx. 543 (ninth judgment); 371 Fed. Appx. 555 (tenth judgment); 373 Fed. Appx. 524 (eleventh judgment); 375 Fed. Appx. 389 (twelfth judgment); 375 Fed. Appx. 390 (thirteenth judgment); 375 Fed. Appx. 398 (fourtenth judgment); 373 Fed. Appx. 523 (fifteenth judgment); 373 Fed. Appx. 536 (sixteenth judgment); and 375 Fed. Appx. 387 (seventeenth judgment).